UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 19-928 (FLW) |
| v. | SCHEDULING ORDER |
| DAMION HELMES, | |
|    a/k/a "Checks," | |
|    a/k/a "Cutty," | |
| DERRICK HAYES, | |
|    a/k/a "D-Flex," | |
|    a/k/a "Flex," | |
| DEQUAN COPELAND, | |
|    a/k/a "Just," | |
| DAWN STEPHENS, | |
| SHANTAY WALKER, | |
|    a/k/a "Tay," | |
| KEITH LOGAN, | |
|    a/k/a "Beef," | |
| SHAMAR DUDLEY, | |
|    a/k/a "I-True," | |
|    a/k/a "True," | |
|    a/k/a "Smacks," | |
| CASSIUS WILLIAMS, | |
| TONYA UNDERWOOD, | |
| ELIZABETH CONOVER, | |
|    a/k/a "Betty," | |
| CURTIS JENKINS, | |
| RALPH LEE, and | |
| ERIC YARBROUGH | |

This matter having come before the Court for arraignment; and the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (by Ian D. Brater, Assistant U.S. Attorney, appearing); and defendant Shantay Walker being represented by Bruce L. Throckmorton, Esq.; and the parties having met and conferred prior to arraignment and having determined that this matter may be treated as a

1

criminal case that requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the initial exchange of discovery; and the Court having accepted such schedule, and for good cause shown,

It is on this 25th day of February, 2020, ORDERED that:

1. The government shall provide any oral, written or recorded statement of the defendant pursuant to Federal Rule of Criminal Procedure (FRCP) 16(a)(1)(A)-(B) on or before **March 20, 2020**.

2. The government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before **March 20, 2020**. Exculpatory evidence that becomes known to the government after that date shall be disclosed reasonably promptly after becoming known to the government.

3. If the government intends to introduce into evidence in its case-in-chief a confession made to law enforcement authorities by one defendant that names or makes mention of a co-defendant, a copy of that statement or confession shall be disclosed by the government on or before **May 1, 2020**. The government shall provide a proposed redaction to that statement to conform with the requirements of *Bruton v. United States*, 391 U.S. 123 (1968) and its progeny, on or before **May 1, 2020**.

4. The government shall provide additional discovery required by FRCP 16(a) on a rolling basis, to begin no later than **March 2, 2020**, and shall

make reasonable efforts to substantially complete such discovery by **April 15, 2020**.

5. The defendants shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before **May 15, 2020**.

6. The defendants shall provide to the government discovery required by FRCP 16(b) on or before **May 15, 2020**.

7. A status conference shall be held on **May 26, 2020**, at 10:00 a.m., in order to assess the progress of discovery; to determine a schedule for the production of additional discovery if necessary; to consider any discovery disputes if necessary; to set or consider setting a schedule for the next status conference in this matter; and to set or consider setting a schedule for pretrial motions if a date for the completion of discovery can be determined.

_____
HON. FREDA L. WOLFSON
Chief United States District Judge